IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

GREGORY MACK                                                                                          PLAINTIFF

v.                                                                                        No. 3:09-cv-463 DPJ-FKB

PHOENIX OPERATING, INC.                                                                     DEFENDANT

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 (a)(1)(A) (ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to a dismissal without prejudice with all parties to bear their own costs.

> */s/ Jennifer Bermel*
> Jennifer Bermel, #100550
> One Commerce Square, Suite 2600
> Memphis, Tennessee  38103
> (901) 217-7000
> Attorney for Plaintiff
>
> */s/ Harold B. McCarley, Jr.*
> Harold B. McCarley, Jr.
> Attorney for Defendant
>
> */s/ Mike Farrell*
> Mike Farrell
> Attorney for Defendant